UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Tony Dejuan Jackson, | Case No. 24-MC-00039 (JMB) |
| Plaintiff, | |
| v. | |
| | **ORDER** |
| Paul Schnell, *Commissioner of Minnesota Department of Corrections*, William Bolin, *Warden Stillwater Close Custody Correctional Facility*, | |
| Defendants. | |

---

This matter is before the Court on Plaintiff Tony Dejuan Jackson's request for authorization to file a new civil action[1] (Doc. No. 3) and designation of a specific Magistrate Judge to decide the matter. (Doc. No. 4.) In support of his requests, Jackson has submitted his proposed complaint. (Doc. No. 1.)

Upon review of that complaint, the Court grants Jackson's requested authorization, directs that a new civil case be opened, and directs that the new civil case be randomly assigned to a district judge and magistrate judge pursuant to this District's usual procedures. Any statute requiring pre-service review of the new action remains in effect, notwithstanding this order.

---

[1] Jackson was restricted from filing new cases in this District unless he is represented by counsel or receives prior written authorization from a judicial officer of this District. *See Jackson v. Schnell*, No. 23-CV-0366 (PJS/DTS), 2023 WL 3628722, at *1 (D. Minn. May 24, 2023).

1

Based on the foregoing, and on all the files, records, and proceedings herein,

IT IS ORDERED THAT:

1. Plaintiff's Motion Seeking Permission or Approval to File a New Civil Complaint pursuant to Local Rules 72.1(c) (Doc. No. 3) is GRANTED; and

2. Plaintiff's Motion Requesting Specific Designation Authorized pursuant to 28 U.S.C. 636 (B) (Doc. No. 4) is DENIED.

Dated: August 16, 2024

/s/ *Jeffrey M. Bryan*
Judge Jeffrey M. Bryan
United States District Court